FILED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BLANCA BLANCO (1),  )<br>RAMON DANIEL QUINTEROS (2),  )<br>JAIME ELIAS QUINTEROS (3),  )<br>  )<br>Defendant.  )<br>_____) | Criminal Case No. 08CR1792-JM<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(iii) and<br>(v)(II) - Harboring Illegal Aliens<br>and Aiding and Abetting |

The United States Attorney charges:

On or about May 3, 2008, within the Southern District of California, defendants BLANCA BLANCO, RAMON DANIEL QUINTEROS, JAIME ELIAS QUINTEROS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Luis Sanchez-Campos, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in a building located at 226 Ash Avenue, Chula Vista, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

DATED: 6/3/08.

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney