AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

FILED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

RAMON DANIEL QUINTEROS

CASE NUMBER: 08CR 1792-JM

I, __Ramon Quinteros__, the above named defendant, who is accused of

8 USC § 1324(a)(1)(A)(iii) and (v)(II) HARBOR ILLEGAL ALIENS AND AIDING AND ABETTING

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __06-03-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____ For
Counsel for Defendant
KAY SUNDAY

Before _____
       *Judicial Officer*